## WOODBURN and another *v.* FLEMING and another.

The certificate of the clerk is not the only evidence, by which the due execution of the appeal bond may be proved.

APPEAL from the *Jefferson* Circuit Court.—A motion was made by the appellees for the dismission of this suit. The certified copy of the appeal bond did not show, that the original had been executed in the clerk's office; and in support of the motion, it was contended, that no other evidence was admissible to prove that fact.

SCOTT, J.—Whether the bond was executed in the clerk's office or not, is a plain question of fact susceptible of proof. Although the bond does not show the place where it was executed, yet if the appellants can prove by other evidence that they are within the law, the Court will permit them to do so; if they cannot, the motion must be sustained (1).

*Note.*—The appellants afterwards produced the certificate of the clerk of the C. C., stating that the bond had been duly executed in his office; whereupon,

*The Court* overruled the motion to dismiss the suit.

*Lane,* for the appellants.

*Meek,* for the appellees.

(1) Vide *Averil* v. *Dickerson,* in this Court, ante, p. 3.